**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1740**

In re:  BARBARA KIM DANG,

                    Debtor,

-----------------------------------------------

BARBARA KIM DANG,

                    Debtor - Appellant,

          v.

BWW LAW GROUP, f/k/a Bierman, Geesing & Ward, LLC; QUICKEN
LOANS; ONE WEST BANK, f/k/a Indy Mac Bank, FSB; DEUTCHE BANK
NATIONAL TRUST COMPANY; DB INDX 2006-AR27; HOWARD N.
BIERMAN; JACOB GEESING; CARRIE M. WARD; BIERMAN, GEESING &
WARD, LLC; DOES 1-200,

                    Defendants – Appellees,

ELLEN W. COSBY,

                    Trustee - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:12-cv-03342-RDB)

Submitted:  October 22, 2013          Decided:  October 24, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

———————————————

Barbara Kim Dang, Appellant Pro Se.  Matthew Daniel Cohen, BIERMAN GEESING WARD & WOOD, LLC, Bethesda, Maryland; Joseph Yenouskas, Daniel E. Zytnick, GOODWIN & PROCTER, LLP, Washington, D.C.; Catherine Keller Hopkin, TYDINGS & ROSENBERG, LLP, Baltimore, Maryland; Adam M. Lynn, MILES & STOCKBRIDGE, Easton, Maryland; James Burton Travis, Crofton, Maryland; Ellen W. Cosby, Towson, Maryland, for Appellees.

———————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barbara Kim Dang appeals from the district court's order dismissing her adversary proceeding that was filed in the bankruptcy court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dang v. BWW Law Group, No. 1:12-cv-03342-RDB (D. Md. Apr. 17, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED